IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ROGER BRIAN RUSSELL                                                                                  PLAINTIFF

           v.                              Civil No. 10-5112

STATE OF ARKANSAS;
CITY OF SILOAM SPRINGS                                                                         DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983. He proceeds *pro se*.

Plaintiff has submitted an application to proceed *in forma pauperis* (IFP)(Doc. 3). On the application, he indicated he was incarcerated but did not have the certificate regarding funds in his inmate account completed.

The Prison Litigation Reform Act requires this information to be supplied to the Court. For this reason, the Clerk was directed (Doc. 4) to mail Plaintiff a copy of the IFP application. Plaintiff was given until October 20, 2010, to either have the account certificate portion of the application completed and return the IFP application or pay the $350 filing fee. Plaintiff was advised that if he failed to return the completed IFP application or pay the $350 filing fee by October 20, 2010, the complaint would be summarily dismissed for failure to obey an order of the Court.

On October 5, 2010, the copy of the order (Doc. 4) sent to Plaintiff at the Benton County Detention Center was returned as undeliverable. A home address was obtained from the detention center and entered (Doc. 5) on Plaintiff's behalf. Plaintiff was advised that it was his obligation to keep the Court informed of his current address at all times.

-1-

The order directing the change of address (Doc. 5) has not been returned as undeliverable. The Court has received no communication from the Plaintiff and no response to the Court's order (Doc. 4). I therefore recommend that this case be dismissed based on Plaintiff's failure to obey an order of the Court and his failure to prosecute this action. Fed. R. Civ. P. 41(b).

**The Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 27th day of December 2010.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE