```
              IN THE UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF ARKANSAS
                       FAYETTEVILLE DIVISION
```

ROGER BRIAN RUSSELL                                             PLAINTIFF

        v.                    Civil No. 10-5112

STATE OF ARKANSAS;
CITY OF SILOAM SPRINGS                                         DEFENDANTS

### ORDER

Now on this 16th day of March, 2011, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #6), to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** (document #6) is **adopted in its entirety**.

**IT IS FURTHER ORDERED** that the plaintiff's complaint is dismissed on the grounds that he has failed to prosecute this action and comply with an order of this court. *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

                                               /s/ Jimm Larry Hendren
                                           JIMM LARRY HENDREN
                                           UNITED STATES DISTRICT JUDGE